1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                               FOR THE DISTRICT OF ARIZONA

8    William Earl Wade, Jr.,                    )    No.  CV-20-00694-PHX-SPL
                                                )
9                          Plaintiff,           )
                                                )    **ORDER**
10   vs.                                        )
                                                )
11                                              )
     Paul Penzone, et al.,                      )
12                                              )
                                                )
13                         Defendants.          )
                                                )
14   _____        )

15          Plaintiff William Earl Wade, Jr. has filed a pro se civil rights Complaint pursuant to

16   42 U.S.C. § 1983 (Doc. 1).  The Honorable James F. Metcalf, United States Magistrate

17   Judge, issued a Report and Recommendation ("R&R") (Doc. 43), recommending the Court

18   dismiss this action for repeated failure to comply with Rule 16 orders of the Court.  Plaintiff

19   has filed an objection to the R&R (Doc. 46) and Defendants have filed a response (Doc.

20   48).

21          A district judge "may accept, reject, or modify, in whole or in part, the findings or

22   recommendations made by the magistrate judge." 28 U.S.C. § 636(b); *see also* Fed. R. Civ.

23   P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition;

24   receive further evidence; or return the matter to the magistrate judge with instructions.").

25   When a party files a timely objection to an R&R, the district judge reviews *de novo* those

26   portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b)(3). A

27   proper objection requires specific written objections to the findings and recommendations

28   in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1118–19 (9th Cir. 2003);

28 U.S.C. § 636(b)(1). It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621–622 (9th Cir. 2000).

In the R&R, the Magistrate Judge recommends this action be dismissed for Plaintiff's repeated failure to comply with Rule 16 orders of the Court (Doc. 43). Plaintiff argues his non-compliance derives from his limited legal knowledge and the Court's failure to appoint counsel (Doc. 46). As previously noted, however, the Court provided Plaintiff with detailed instructions on preparing his Individual Case Management Report ("ICMR") (Doc. 23), he had the benefit of Defendants' ICMR as an example, he never expressed any specific confusion or issue with preparing the ICMR, and he demonstrated a capability to complete other complex tasks and communicate arguments (including filing complaints, completing service packets, and serving discovery) (Doc. 39). Thus, after conducting a *de novo* review of the motion and objections, the Court reaches the same conclusions reached by Judge Metcalf.  Accordingly, the R&R will be adopted in full.

**IT IS THEREFORE ORDERED** that Magistrate Judge James F. Metcalf's Report and Recommendation (Doc. 43) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that the Objections (Doc. 46) are **overruled**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **dismissed without prejudice** and the Clerk of Court shall enter judgment and terminate this action.

Dated this 13th day of September, 2023.

Honorable Steven P. Logan
United States District Judge